

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00097-CV

**IN THE INTEREST OF E.I.W.**

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI20395
Honorable Cynthia Marie Chapa, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RODRIGUEZ, AND JUSTICE
VALENZUELA

In accordance with this court's opinion of this date, appellant's motion to dismiss is GRANTED, and this appeal is DISMISSED. No costs of appeal are assessed against appellant.

SIGNED June 23, 2021.

Liza A. Rodriguez, Justice